IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAZAEL ISAIAS HERNANDEZ-BELEN,<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 26-14 (GMM)<br><br><u>VIOLATION:</u><br>18 U.S.C. § 922(g)(1)<br><br><u>FORFEITURE</u><br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>ONE COUNT |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
Prohibited Person in Possession of Firearms and Ammunition: Felon
(18 U.S.C. § 922(g)(1))

On or about January 7, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

HAZAEL ISAIAS HERNANDEZ-BELEN,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition – that is, one (1) Glock pistol, .40 caliber, serial number KSN720; rounds of .40 caliber ammunition,– said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense alleged in Count One of this Indictment, Defendant HAZAEL ISAIAS HERNANDEZ-BELEN shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved or used in the commission of those offenses, including but not limited to one (1) Glock pistol, .40 caliber, serial number KSN720; rounds of .40 caliber ammunition.

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON

Date: 1-12-26

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes and
National Security Division

Luis Rivera-Méndez
Special Assistant United States Attorney